

# United States District Court for the Northern District of Illinois

Case Number: **17CV2508**    Assigned/Issued By: **EW**

Judge Name: **CHANG**    Designated Magistrate Judge: **ROWLAND**

## FEE INFORMATION

**Amount Due:**   [✓] $400.00   [ ] $46.00   [ ] $5.00
   [ ] IFP   [ ] No Fee   [ ] Other _____
   [ ] $505.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: **400.00**    Receipt #: **4624179770**

Date Payment Rec'd: **03/31/2017**    Fiscal Clerk: **EW**

## ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons    _____
[ ] Citation to Discover Assets    (Victim, Against and $ Amount)
[ ] Writ _____
       (Type of Writ)

**3** Original and **3** copies on **03/31/2017** as to **HONG NGOC T. NGO;**
                              (Date)
**CHICAGOPETSTORE; WILLIAM TONY aka MR. SORORS.**