

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HAND & NAIL HARMONY, INC., a California corporation and NAIL ALLIANCE, LLC, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>HONG NGOC T. NGO, an individual; WILLIAM TONY aka MR. SORORS, an individual; CHICAGOPETSTORE, an entity of unknown origin; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 17-2508-EC<br><br>(temporarily under seal)<br><br>Judge Edmond E. Chang |



### PLAINTIFFS' NOTICE OF LODGMENT OF UNDERTAKING OF CORPORATE SURETY

Please take notice that attached hereto as Exhibit A is Plaintiffs Undertaking of Corporate Surety, filed herewith pursuant to the Temporary Restraining Order entered in this Action. Said Exhibit A is being offered as proof of the bond paid for by Plaintiffs in this Action.

Dated: April 14, 2017

Respectfully submitted,

/s/ Tom Gemmell
Thomas L. Gemmell (IL 6229305)
Adam S. Weiss (IL 6256842)
Mark T. Deming (IL 6299631)
POLSINELLI PC
150 N. Riverside, Suite 3000
Chicago, Illinois 60606
T: (312) 819-1900
F: (312) 819-1910
*tgemmell@polsinelli.com*
*aweiss@polsinelli.com*
*mdeming@polsinelli.com*

Attorneys for Plaintiffs Hand & Nail Harmony, Inc. and Nail Alliance, LLC

UNITED STATES DISTRICT COURT

OF THE STATE OF ILLINOIS (NORTHERN DISTRICT)
COUNTY OF COOK

HAND & NAIL HARMONY, INC., and NAIL ALLIANCE, LLC,

BOND NO. 1850367

Plaintiffs,

INDEX NO. Case No. 17 C 02508

-against-

HONG NGOC T. NGO; WILLIAM TONY aka "MR. SORORS"; CHICAGOPETSTORE; and DOES 1 through 10,

UNDERTAKING ON TEMPORARY RESTRAINING ORDER

Defendants,

WHEREAS, the Plaintiffs, HAND & NAIL HARMONY, INC., and NAIL ALLIANCE, LLC, have applied for a TEMPORARY RESTRAINING ORDER in the above entitled action, restraining the Defendants, HONG NGOC T. NGO; WILLIAM TONY aka "MR. SORORS"; CHICAGOPETSTORE; and DOES 1 through 10, from doing things as more fully set forth in the order about to be signed.

Now, therefore THE HANOVER INSURANCE COMPANY, having an office and principal place of business for the State of MASSACHUSETTS, at 440 LINCOLN STREET, WORCESTER, MA 01653 as Surety, does hereby, pursuant to the Statute in such case made and provided, undertake that the Plaintiff, will pay to the Defendants, HONG NGOC T. NGO; WILLIAM TONY aka "MR. SORORS"; CHICAGOPETSTORE; and DOES 1 through 10, so enjoined, such damages and costs not exceeding the sum of ( $10,000.00 ) TEN THOUSAND AND NO/100 DOLLARS as Defendants may sustain by reason of the temporary restraining order, if the Court shall finally decide that the Plaintiffs were not entitled thereto; such damages and costs to be ascertained by a reference, or otherwise as the Court may direct.

Dated: APRIL 7, 2017

THE HANOVER INSURANCE COMPANY

By: _____ Attorney-In-Fact
DENNIS LANGER

_____
Producer Name


EXHIBIT A

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**    CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of LOS ANGELES )

On APRIL 7, 2017 before me, SARAH E. CAMPBELL, NOTARY PUBLIC,
  *Date*          *Here Insert Name and Title of the Officer*

personally appeared DENNIS LANGER
  *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
  *Signature of Notary Public*
  SARAH E. CAMPBELL, NOTARY PUBLIC

SARAH E. CAMPBELL
Notary Public - California
Los Angeles County
Commission # 2158309
My Comm. Expires Jun 27, 2020

Place Notary Seal Above

―――― OPTIONAL ――――

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: TEMPORARY RESTRAINING ORDER BOND  Document Date: APRIL 7, 2017
Number of Pages: _____  Signer(s) Other Than Named Above: NONE

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: DENNIS LANGER
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual  ☒ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5907