IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HAND & NAIL HARMONY, INC.**, a California corporation and **NAIL ALLIANCE, LLC**, a Delaware corporation<br><br>            Plaintiff,<br>v.<br>**HONG NGOC T. NGO**, an individual; **WILLIAM TONY a/k/a MR. SORORS**, an individual; **CHICAGOPETSTORE**; and **DOES 1 through 10, inclusive**,<br><br>            Defendants. | Case No.   17-cv-02508 |

## NOTICE OF MOTION

**To:** The Honorable Judge Edmond E. Chang
U.S. District Courthouse, Courtroom 2119
219 South Dearborn Street
Chicago, IL 60604

Mark Thomas Deming
Polsinelli PC
150 N. Riverside Plaza
Suite 3000
Chicago, IL 60606
mdeming@polsinelli.com

Thomas Lawson Gemmell
Husch Blackwell LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
tgemmell@polsinelli.com

Todd Matthew Malynn
Polsinelli LLP
Suite 2900
2049 Century Park East
Los Angeles, CA 90067
(310) 556-1801
tmalynn@polsinelli.com

Adam S. Weiss
Polsinellli PC
161 North Clark Street
Suite 4200
Chicago, IL 60601
(312) 873-3644
aweiss@polsinelli.com

    **PLEASE TAKE NOTICE** that on **May 10, 2017 at 8:30 a.m.,** or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Chang, in courtroom number 2119 in the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached **Motion to Withdraw as Counsel for William Tony a/k/a Mr. Sorors**, a copy of the pleading is attached hereto and is herewith served on you.

                    /s/ Brie A. Crawford_____
                    Brie A. Crawford, Attorney

**Brie A. Crawford**
**Crawford Intellectual Property Law LLC**
**1095 Pingree Road, Suite 204**
**Crystal Lake, Illinois 60014**
**T:  815-893-8149**
**briecrawford@crawfordpatents.com**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies under penalties of perjury as provided by law pursuant to 735 ILCS 5/1-109, that the above-named documents were sent via electronic filing to the Court and to the parties at the addresses set forth above via email.

/s/ Brie A. Crawford         Brie A. Crawford
 (Signature)           (Print Name)